**William Alvin SMITH,
Petitioner–Appellant,
Cross–Appellee,**

**v.**

**Walter ZANT, Warden, Georgia Diagnostic and Classification Center,
Respondent–Appellee, Cross–Appellant.**

**No. 88–8436.**

United States Court of Appeals,
Eleventh Circuit.

May 2, 1989.

Stephen H. Glickman, Auckerman, Spaeder, Goldstein, Taylor & Kolker, Washington, D.C., and Stephen B. Bright, Atlanta, Ga., for petitioner-appellant, cross-appellee.

Dennis R. Dunn, Asst. Atty. Gen., Atlanta, Ga., for respondent-appellee, cross-appellant.

Before RONEY, Chief Judge, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HATCHETT, ANDERSON, CLARK, EDMONDSON and COX, Circuit Judges.

### ON SUGGESTION FOR REHEARING IN BANC

(Opinion August 26, 1988, 11th Cir., 1988, 855 F.2d 712)

BY THE COURT:

A member of this court in active service having requested a poll on the application for rehearing in banc and a majority of the judges of this court in active service having voted in favor of granting a rehearing in banc,

IT IS ORDERED that the above cause shall be reheard by this court in banc *with* oral argument during the week of June 5, 1989, on a date hearafter to be fixed. The clerk will specify a briefing schedule for the filing of in banc briefs. The previous panel's opinion is hereby VACATED.